Prob 22 (Rev. 03/97)

FILED RECEIVED LODGED COPY
MAR 14 2006
CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY ______ DEPUTY

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NO. (Transferring Court) | 0864-0:02CR00102-002(DWF) |
| | | DOCKET NO. (Receiving Court) | CR06-50033-phx EHC |
| NAME AND LOCATION OF: Angel Cardenas Mercado | DISTRICT: MINNESOTA | DIVISION | |
| | NAME OF SENTENCING JUDGE: Honorable Donovan W. Frank | | |
| | DATES OF SUPERVISION | FROM: 09/07/2005 | TO: 09/06/2006 |
| OFFENSE: Use of a Communication Facility to Commit Drug Trafficking Activities | | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

2/24/06
Date

United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

3-13-06
Effective Date

Earl H Carroll
United States District Judge

SCANNED
OCT 17 2006
U.S. DISTRICT COURT ST. PAUL